**FILED**

**JUL 25 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | CRIMINAL NO. 08-30157-GPM/PMF |
| BRIAN T. MURRAY, and LAWRENCE E. MURRAY, | ) ) ) ) | Title 18, United States Code, Sections 922(g)(1) and 924(d) |
| Defendant. | ) ) ) | Title 28, United States Code, Section 2461(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT I

FELON IN POSSESSION OF A FIREARM

On or about May 2, 2008, in St. Clair County, Illinois, within the Southern District of Illinois,

**BRIAN T. MURRAY,**

the defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Murder in the First Degree, in Cause Number 95-CF-22601 in the Circuit Court of Madison County, Illinois, aided and abetted by LAWRENCE E. MURRAY, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Llama, Model Super Comanche IV, .44 Mag caliber revolver bearing serial number RB1997, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT II

FELON IN POSSESSION OF A FIREARM

On or about May 2, 2008, in St. Clair County, Illinois, within the Southern District of Illinois,

**LAWRENCE E. MURRAY,**

the defendant herein, having previously been convicted of a felony punishable by imprisonment for a term

exceeding one year, namely: Felon in Possession of a Firearm, in Cause Number 99-CF-876 in the Circuit Court of St. Clair County, Illinois, aided and abetted by BRIAN T. MURRAY, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Llama, Model Super Comanche IV, .44 Mag caliber revolver bearing serial number RB1997, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT III

### FORFEITURE OF FIREARM

Upon conviction of one or more of the offenses alleged in this Indictment, defendants **BRIAN T. MURRAY, and LAWRENCE E. MURRAY,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved or used in any knowing violation of the offense described in Count I of this Indictment, including but not limited to the following :Llama, Model Super Comanche IV, .44 Mag caliber revolver bearing serial number RB1997, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

FOREPERSON

NICOLE E. GOROVSKY
Assistant United States Attorney

A. COURTNEY COX
United States Attorney

Recommended Bond: Detention