IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-cr-30157-GPM |
| ) | |
| BRIAN T. MURRAY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT BRIAN T. MURRAY'S MOTION FOR
MEDICAL EVALUATION AND TREATMENT**

COMES NOW Defendant, Brian T. Murray, personally and by and through his attorney of record, Michele L. Berkel, and hereby moves that this Honorable Court grant his Motion for Medical Evaluation and Treatment, and in support of this Motion, states as follows:

1. That Defendant, Brian T. Murray, has indicated that he has been suffering from swollen glands, continuous head and neck pain and migraine-like symptoms;

2. That in or around April, 2008, while Defendant was in the custody of the Illinois Department of Corrections in Centreville, Illinois, he was transported to Touchette Regional Hospital, 5900 Bond Avenue in East St. Louis, Illinois, for diagnostic testing, including a catscan in an effort to diagnose and treat the same or similar symptoms;

3. That Defendant was discharged from the custody of the Illinois Department of Corrections without ever being notified of the results of the diagnostic tests; and, that Defendant respectfully alleges that the acquisition of these records is necessary to obtain appropriate treatment;

3. That, despite Defendant's continuing pain and apparent medical difficulties, he has only received Ibuprofen for pain; and, has not received any other or additional diagnostic testing, treatment or medication other than the referenced over-the-counter medication;

  4. That Defendant has indicated, on information and belief, that in response to request for additional treatment he has been told that attempts to obtain copies of the afore-mentioned catscan and/or other diagnostic tests have been unsuccessful or have not been accomplished, thereby further delaying any medical treatment that might be necessitated by Defendant's condition.

  WHEREFORE, the Defendant, BRIAN T. MURRAY, hereby respectfully requests that this Honorable Court Order that Defendant be afforded immediate medical examination and treatment as may be necessary and appropriate as guaranteed by the United States Constitution and for such other and further relief as this Honorable Court may deem appropriate.

            Respectfully submitted,


            /s/ Michele L. Berkel
            MICHELE L. BERKEL
            The Berkel Law Firm
            44 East Ferguson Avenue
            Wood River, Illinois 62095
            (618) 254-4411

            ATTORNEY FOR DEFENDANT
            BRIAN T. MURRAY

## CERTIFICATE OF SERVICE

       The undersigned attorney certifies that on April 16, 2009, she provided a copy of this Motion

to:

Nicole Gorovsky
Assistant United States Attorney
United States Attorney for the Southern District of Illinois
Nine Executive Drive
Fairview Heights, Illinois 62208

via electronic filing with the Clerk of Court using the CM/ECF system.


                                     /s/ Michele L. Berkel
                                       MICHELE L. BERKEL